UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KHON CHIN LIM,

Plaintiff,

-against-

JASON SANDERS, et al.,

Defendants.

26-CV-8023 (LTS)

ORDER OF DISMISSAL

LAURA TAYLOR SWAIN, Chief United States District Judge:

By order dated September 17, 2026, the Court directed Plaintiff, within 30 days, to: (1) resubmit the signature page of the complaint with a signature; and (2) submit a completed request to proceed *in forma pauperis* ("IFP application") or pay the fees required to file a civil action in this court. That order specified that failure to comply would result in dismissal of the complaint. Plaintiff has not responded to the order in any respect. Accordingly, the complaint is dismissed without prejudice. *See* Fed. R. Civ. P. 11(a); 28 U.S.C. §§ 1914, 1915.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

The Court directs the Clerk of Court to enter a civil judgment in this action.

SO ORDERED.

Dated: November 2, 2026
New York, New York

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
Chief United States District Judge